Industrial Commissioner, Respondent.— Motion granted and the fee of F. Richard Decatur, Jr., Esq., is fixed at $150 and his disbursements at $10. Present — Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ.

■ In the Matter of the Claim of LOUIS REIGER, Respondent. JOFAN MAINTENANCE CORPORATION, Appellant; MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— Motion granted and the fee of Henry J. Metzner, Esq., is fixed at $150 and his disbursements at $34.87. Present — Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN JOSEY, Appellant.— Time to perfect appeal extended to February 1, 1963. Present — Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LISBON BROWNING, Appellant.— Permission to prosecute appeal as a poor person granted. Appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Robert P. Roche, Esq., 90 State St., Albany, N. Y., is hereby assigned as counsel. Time to perfect appeal extended 90 days. Motion in all other respects denied. Present — Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL CARTER, Appellant.— Permission to prosecute appeal as a poor person granted. Appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Robert P. Roche, Esq., 90 State St., Albany, N. Y., is hereby assigned as counsel. Present — Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NELSON HAROLD MARTINDALE, Appellant.— Permission to prosecute appeal as a poor person granted. Appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. The County Clerk of Washington County is hereby ordered to furnish appellant, without charge, a copy of the transcript of testimony taken on the hearing in the above-entitled *coram nobis* proceeding. (Code Crim. Pro., § 456, as amd. by L. 1962, ch. 889.) Motion in all other respects denied. Present — Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ.

■ In the Matter of NEW YORK STATE RESTAURANT ASSOCIATION, INC., Petitioner, v. BOARD OF STANDARDS AND APPEALS et al., Respondents.— Motion for reargument granted. Oral argument will be allowed on March 4, 1963, at the opening of court on that day. Present — Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ.

■ In the Matter of the Claim of BERNICE MARSH, Respondent. MARTIN P. CATHERWOOD, as Industrial Commissioner, Appellant.— Motion granted and the fee of Henry J. Metzner, Esq., is fixed at $150 and his disbursements at $37. Present — Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ.

■ LORNA E. HILDEBRAND, Respondent, v. PHILO F. HILDEBRAND, Appellant.— Motion denied. Provisions of rule VII of this Department are waived to the extent that one ribbon copy of the minutes may be included in the record. The cost of the transcript to be shared by both appellants. Present — Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ.

■ In the Matter of the Claim of JOSEPHINE MACARI, Appellant, v. N. Y. MID-HUDSON TRANS-CORP. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for an order vacating order of dismissal entered November 28, 1962 granted and appeal reinstated upon condition appellant perfects her appeal by March 28, 1963 and be ready for argument at the May 1963 Term of this court. Present — Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ.